

# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 26, 2015

Amy Kastely
Attorney at Law
233 Lotus Avenue
San Antonio, TX 78210

Dan Pozza
Law Offices of Dan Pozza
239 East Commerce Street
San Antonio, TX 78205

Deborah L. Klein
Office of the City Attorney
Litigation Division
111 Soledad Street, 10th Floor
San Antonio, TX 78205

Elva Trevino
Attorney at Law
212 Dwyer Street, Suite 302
San Antonio, TX 78204

RE:  Court of Appeals Number:  04-14-00886-CV
     Style:                    City of San Antonio v. Hays Street Bridge Restoration
                               Group and Beatriz Valadez

Dear Counsel:

After reviewing the Civil Docketing Statement, the Court has determined the parties will not be ordered to participate in Alternative Dispute Resolution. This appeal will proceed with the applicable appellate deadlines as set forth in the Texas Rules of Appellate Procedure.

Sincerely,

*Marialyn Barnard*

Marialyn Barnard, Justice

MB/ma